**Paul H. RIMLAND, Plaintiff—Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant—Appellee.**

No. 08–56148.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 31, 2010.*

Filed Sept. 2, 2010.

Thomas Garrett Roche, San Diego, CA, for Plaintiff–Appellant.

Armand D. Roth, Esquire, Special Assistant U.S. Social Security Administration, Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: KOZINSKI, Chief Judge, O'SCANNLAIN and GOULD, Circuit Judges.

**MEMORANDUM ***

The ALJ appropriately gave more weight to the medical expert's testimony than to observations made by Rimland's father. *See, e.g., Lewis v. Apfel*, 236 F.3d 503, 511 (9th Cir.2001) ("One reason for which an ALJ may discount lay testimony

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

is that it conflicts with medical evidence."). But the expert's testimony established that Rimland's functional capacity is extremely limited during periods of sickness that occur about four times per year. Even though at least one medical report supports Rimland's claim that the attacks can last for several weeks, the vocational expert didn't testify as to whether they affect Rimland's ability to perform his past relevant work. The ALJ must address that narrow issue on remand. *See* 20 C.F.R. § 404.1520(e).

The evidence adequately supported a finding that Rimland's medical conditions are otherwise under control and, apart from the periodic attacks, would leave him with sufficient functional capacity to perform his past relevant work. *Id.* § 404.1520(f).

**REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.